

CHAMBERS OF
HARRIS L HARTZ
CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

201 THIRD STREET NW • SUITE 1870
ALBUQUERQUE, NM 87102

TELEPHONE
(505) 843-6196
FAX (505) 843-6202

July 28, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbia Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

Dear Chair Lisi:

I am responding to your letter of July 2, 2004. Please amend my 2003 report as follows:

1. In part VII, page 8, line 130, Column C(2), change the code from "W" to "T."

2. In Part VII, page 8, line 131, Column C(2), change the code from "U" to "T."

3. In Part VIII add:

"3. The asset on line 108 of my 2002 report no longer meets the threshold for reporting."

Yours truly,

Harris L Hartz

HLH/rb

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hartz, Harris L | Tenth Circuit Court of Appeals | 4/27/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Active | ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 201 Third St. NW, #1870 Albuquerque, NM 87102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Trustee | Trust No. 2 |
| 3. Chair-elect | ABA Appellate Judges Conference |
| 4. Director | Appellate Judges Education Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | My judicial pension from the State of New Mexico has vested and will be distributed when I am age-eligible |

RECEIVED May 3 12 10 '04 FINANCIAL DISCLOSURE OFFICE

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Hertz, Harris L | 4/27/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | 1/23-24, Dallas,Texas, Appellate Judges Conference (Travel, meals, and room) |
| 2. | ABA | 3/15-16, Chicago, IL., Appellate Judges Conference. (Travel, meals, and room) |
| 3. | ABA | 9/18-20, Chicago, IL, Appellate Judges Conference (Travel, meals, and room) |
| 4. | ALI | 10/2-5, Montreal, Canada, Advisers to Restatement (Third) of Agency (Travel, meals, and room) |
| 5. | ABA | 11/7-8, Dallas, Texas, Appellate Judges Conference (Travel, meals, and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust 1 | D | Div. and int | O | T | | | | | |
| 2. --BRKA | | | | | | | | | |
| 3. --OIB | | | | | | | | | |
| 4. --NUV | | | | | | | | | |
| 5. --PNW | | | | | | | | | |
| 6. --SPI | | | | | | | | | |
| 7. --SO | | | | | | | | | |
| 8. --COP | | | | | | | | | |
| 9. --ATF | | | | | | | | | |
| 10. --MIRKQ (symbol was MIR) | | | | | | | | | |
| 11. --Farmington NM Pwr Rev, due 1/13, muni bd | | | | | | | | | |
| 12. --Unit IMIT Muni Ins. Long Term 86 QPS, bond fund | | | | | | | | | |
| 13. --Unit IMIT Muni Ins. Long Term 40 QPS, bond fund | | | | | | | | | |
| 14. --Unit IMIT Muni Ins. Long Term 39 QPS, muni bd fund | | | | | | | | | |
| 15. --Unit Muni Bd Trust Series 7, muni bd fund | | | | | | | | | |
| 16. --TWCUX | | | | | | | | | |
| 17. --FIIX | | | | | | | | | |
| 18. --JANSX | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --NGUAX | | | | | | | | | |
| 20. --NPRTX | | | | | | | | | |
| 21. --AMOBX | | | | | | | | | |
| 22. --GLBBX | | | | | | | | | |
| 23. --TGRBX | | | | | | | | | |
| 24. --USGBX | | | | | | | | | |
| 25. --DINBX | | | | | | | | | |
| 26. --San Juan County, NM Real Estate | | | | | | | | | |
| 27. Trust 2 | D | Dividend | M | T | | | | | |
| 28. --Fidelity Advisor Equity Grth I #86, mutual fd | | | | | Partial sale | 4/2 | J | B | |
| 29. " | | | | | Partial sale | 7/25 | J | B | |
| 30. " | | | | | Partial sale | 9/15 | J | C | |
| 31. " | | | | | Partial sale | 12/19 | J | B | |
| 32. --Scudder Adviser Fds (Deutsche Small Cp. Fd.) | | | | | Buy | 5/12 | J | | |
| 33. --SEI Large Cap Value Fd, mutual fd | | | | | Sale | 12/19 | K | | |
| 34. --SEI Bond Index Fd. | | | | | Partial buy | 5/12 | J | | |
| 35. " | | | | | Partial buy | 6/11 | J | | |
| 36. --SEI Small Cap Growth Fd, mutual fd | | | | | Partial sale | 4/11 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. " | | | | | Sale | 5/12 | J | | |
| 38. --SEI Small Cap Value Fd, mutual fd | | | | | Partial sale | 1/15 | J | | |
| 39. " | | | | | Partial sale | 6/11 | J | | |
| 40. " | | | | | Sale | 12/19 | J | A | |
| 41. --T. Rowe Price Equity Inc. Fd. #71 | | | | | Partial buy | 5/12 | J | | |
| 42. " | | | | | Partial buy | 6/11 | J | | |
| 43. " | | | | | Partial buy | 7/25 | J | | |
| 44. " | | | | | Partial buy | 12/19 | K | | |
| 45. --T. Rowe Price High Yield Fd. | | | | | Buy | 5/12 | J | | |
| 46. --Vanguard Special Part Healthcare #52, mutual fd | | | | | Partial sale | 4/2 | J | C | |
| 47. " | | | | | Partial sale | 5/12 | J | B | |
| 48. " | | | | | Partial sale | 6/11 | J | C | |
| 49. " | | | | | Partial sale | 9/15 | J | B | |
| 50. --SEI Int'l Equity Fd, mutual fd | | | | | Partial sale | 6/11 | J | | |
| 51. " | | | | | Partial Sale | 9/15 | J | | |
| 52. " | | | | | Sale | 12/22 | J | | |
| 53. --SEI Prime Obligation fund, mutual fund | | | | | | | | | |
| 54. --SEI Core Fixed Income Fd, mutual fd | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Code:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --SEI GNMA Fd, mutual fd | | | | | Partial buy | 9/15 | J | | |
| 56. " | | | | | Partial Buy | 12/19 | J | | |
| 57. --SEI High Yield Bond Fd, mutual fd | | | | | Partial Buy | 1/15 | J | | |
| 58. " | | | | | Partial Sale | 5/12 | J | A | |
| 59. --Blackrock Int'l Bond Fd, mutual fd | | | | | Partial Buy | 1/15 | J | | |
| 60. " | | | | | Partial Buy | 3/6 | J | | |
| 61. " | | | | | Partial Buy | 6/11 | J | | |
| 62. " | | | | | Partial Buy | 7/25 | J | | |
| 63. Parcel 1 Unimproved real estate in San Juan County, NM | B | Rent | M | W | | | | | |
| 64. Parcel 2 Unimproved real estate in San Juan County, NM | A | Rent | L | W | | | | | |
| 65. Trust 3 (formerly Trust 4) | D | Dividend | M | T | | | | | |
| 66. --BRKA | | | | | | | | | |
| 67. --BRKB | | | | | Partial sale | 8/25 | J | B | |
| 68. " | | | | | Partial sale | 9/25 | J | B | |
| 69. " | | | | | Partial sale | 10/24 | J | B | |
| 70. " | | | | | Partial sale | 11/26 | J | B | |
| 71. --CMS (previously misidentified as CMP) | | | | | | | | | |
| 72. --SBF | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
V = Other    W = Estimated

| | (1) | (2) | (1) | (2) | (1) | If | disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) | (3) Code 2 | (4) | (5) |
| | | | | | | | | A | |
| 79. | | | | | Partial sale | 7/25 | J | A | |
| 80. | | | | | Partial sale | 10/10 | J | A | |
| 81. | | | | | Partial sale | 11/11 | J | A | |
| 82. | | | | | Partial sale | 12/10 | J | A | |
| 83. --ILAF | | | | | | | | | |
| 84. --FASMX | | | | | | | | | |
| 85. --VADBX | | | | | | | | | |
| 86. --OEQAX (symbol was OPTRX) | | | | | | | | | |
| 87. 403B account | C | Dividend | J | T | | | | | |
| 88. --PGRWX | | | | | | | | | |
| 89. 401(k) account | E | Dividend | M | T | | | | | |
| 90. --DRTCX | | | | | Sale | 9/30 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000

(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

(See Column C2)   U = Book Value   V = Other   W = Estimated

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | | | D. | | | | disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Other | | Estimate | | | Day | (J-P) | ! | |
| | | | | | | | | | |
| | | | L | | | | | | |
| 98. | | | | | | | | | |
| | | | M | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hertz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. --ING GET Fund Series E | | | | | | | | | |
| 110. Allstate Life Ins. Co. annuity | A | Interest | K | T | | | | | |
| 111. Northwestern Mutual Life Annuity | A | Dividend | K | T | rolled over | 2/5 | | | |
| 112. C.M. Life Insurance Policy | C | Interest | L | T | | | | | |
| 113. MONY Life Insurance Policy | A | Interest | K | T | | | | | |
| 114. Security Connecticut Life Ins. Policy #1 | A | Interest | K | T | | | | | |
| 115. Security Connecticut Life Ins. Policy #2 | A | Interest | K | T | | | | | |
| 116. BABEX | A | Dividend | L | T | | | | | |
| 117. EVGFX | | None | J | T | | | | | |
| 118. OPPAX | A | Dividend | K | T | | | | | |
| 119. SCINX | A | Dividend | K | T | | | | | |
| 120. MSDW Active Assets Money Trust, mutual fd | A | Dividend | L | T | | | | | |
| 121. AMOBX | | None | J | T | | | | | |
| 122. DIVBX | C | Dividend | K | T | | | | | |
| 123. EUOBX | A | Dividend | J | T | | | | | |
| 124. GLBBX | A | Dividend | K | T | | | | | |
| 125. UTLBX | A | Dividend | J | T | | | | | |
| 126. BRKB | | None | L | T | Buy | 11/14 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. OIA | A | Dividend | J | T | | | | | |
| 128. Technology Commercialization Int'l, cmn | | None | K | W | | | | | |
| 129. Wells Fargo Bank account | A | Interest | L | T | | | | | |
| 130. State of Israel Bonds | A | Interest | J | W | | | | | |
| 131. US Savings Bonds | C | Interest | L | U | | | | | |
| 132. Tennis Club of Albuquerque debenture | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hartz, Harris L | 4/27/2004 |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. On Line 102, this asset had been misidentified with the symbol USGBX on prior forms.

2. Trust 3 on the 2002 form no longer meets the threshold for reporting.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hartz, Harris L | 4/27/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓

Date 4/28/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544